**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**PATRICIA ANN BARRETT,**

    **Plaintiff,**

**v.**                                                                                           **Case No:5:12-CV-477-Oc-18PRL**

**COMMISSIONER OF SOCIAL
SECURITY**

    **Defendant.**

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Uncontested Motion to Dismiss. (Doc. 19). On April 22, 2013, the undersigned ordered Plaintiff to show cause why she had not filed her memorandum. (Doc. 18). In response, Plaintiff filed the instant motion requesting that her claim be dismissed with prejudice with both parties bearing their own costs. Plaintiff represents that Defendant has no objection.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Uncontested Motion to Dismiss (Doc. 19) should be **GRANTED** and Plaintiff's Complaint (Doc. 1) should be dismissed with prejudice and both parties should bear their own costs.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Ocala, Florida on May 6, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy