UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICIA ANN BARRETT,

Plaintiff,

-vs-                                                            Case No. 5:12-cv-477-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Uncontested Motion to Dismiss (Doc. 19). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Uncontested Motion to Dismiss (Doc. 19) is GRANTED. Plaintiff's complaint is **DISMISSED** with prejudice and both parties should bear their own costs. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 23 day of May, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record